## MEACHEM v MEACHEM

Ohio Appeals, 6th Dist, Ottawa Co

No. 140.   Decided Oct 7, 1931

Messrs. Floyd Hissong and Stahl, Stahl & Stahl, Fremont, for plaintiff in error.

Messrs. Graves & Duff, Port Clinton, for defendant in error.

BY THE COURT

Evidence was offered and received by the court on the hearing of the motion and a bill of exceptions containing all of the evidence was properly taken and filed, but no motion for a new trial having been filed, the question sought to be presented as a ground of reversal is not before this court for consideration.

Judgment affirmed.

LLOYD, RICHARDS and WILLIAMS, JJ, concur.